UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JAMES PULL,<br><br>             Plaintiff,<br><br>     v.<br><br>DEPUTY TODD, et al.,<br><br>             Defendants. | No.  1:23-cv-0135 GSA (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE PLAINTIFF'S LODGED COMPLAINT AS SECOND AMENDED COMPLAINT<br><br>(ECF No. 14)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS TO AMEND COMPLAINT<br><br>(ECF Nos. 13, 15)<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE AND FILE NOTICE ON HOW TO PROCEED BY **DECEMBER 7, 2023**<br><br>ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT BY **DECEMBER 22, 2023** |

   Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Plaintiff's First Amended Complaint ("FAC") is the operative complaint currently before the Court for review. See ECF No. 12.

1

1    Plaintiff has filed two motions to amend the statement of facts in his FAC. ECF Nos. 13,
2 15. He has also lodged an amended complaint. ECF No. 14. For the reasons stated below, both
3 of Plaintiff's motions to amend the statement of facts will be denied. In addition, the Clerk of
4 Court will be directed to file Plaintiff's lodged complaint as his Second Amended Complaint
5 ("SAC"). Finally, Plaintiff will be ordered to return the attached Notice on How to Proceed, and
6 he will be given a third and final opportunity to amend if he feels the need to do so.

7    I.    BACKGROUND

8    On January 27, 2023, Plaintiff's complaint was docketed. ECF No. 1. Thereafter,
9 Plaintiff's in forma pauperis application was granted (ECF No. 7), and in June 2023, the
10 complaint was screened (ECF No. 9). Upon screening, the Court directed Plaintiff either to file
11 an amended complaint, or to proceed on the original complaint as screened. ECF No. 9 at 16.

12    On July 31, 2023, Plaintiff's FAC was docketed. ECF No. 12. On August 10, 2023,
13 Plaintiff's first motion to amend the statement of facts in the FAC was docketed. ECF No. 13.
14 On September 28, 2023, the instant amended complaint was lodged, and Plaintiff's second
15 motion to amend the statement of facts in his FAC was docketed. ECF Nos. 14, 15, respectively.

16    II.   DISCUSSION

17         A. Motions to Amend

18    Both of Plaintiff's motions to amend the statement of facts in the FAC will be denied. A
19 complaint must be complete in and unto itself. See Local Rule 220. References to other
20 documents or information not filed with the complaint are not permitted, and a court will not
21 consider them. As a result, any claims that are not alleged in a filed complaint are deemed to
22 have been waived. See Lacey v. Maricopa. Maricopa, 693 F.3d 896, 925 (9th Cir. 2012)
23 (citations omitted).

24    Because the information in the motions to amend the FAC are separate from the FAC and
25 from the lodged amended complaint (see generally ECF Nos. 13, 14, 15) (two motions and
26 lodged amended complaint), the Court is unable to consider it. The only way to remedy this
27 problem is for Plaintiff to file an amended complaint which contains all the information and
28

evidence that Plaintiff would like the Court to consider.  Therefore, he will be given a final opportunity to amend the complaint.

### B. Lodged Complaint

As for Plaintiff's lodged complaint (see ECF No. 14), because Plaintiff intended for it to be considered by the Court, the Clerk of Court will order that it be filed as Plaintiff's "Second Amended Complaint."  Thereafter, if Plaintiff wishes to stand on the SAC as the operative complaint, he is free to do so.  If, however, Plaintiff still wishes to further amend he may do that instead.  Plaintiff will be ordered to inform the Court which course of action he would like to take by returning the form attached to this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to FILE Plaintiff's lodged amended complaint (ECF No. 14) as his Second Amended Complaint;

2.  Plaintiff's motion to amend, docketed August 10, 2023 (ECF No. 13), is DENIED;

3. Plaintiff's motion to amend, docketed September 28, 2023 (ECF No. 15), is DENIED;

4. Plaintiff shall complete and file the attached Notice on How to Proceed by **December 7, 2023**, and

5. If Plaintiff decides to file an amended complaint, he must do so by **December 22, 2023**.

IT IS SO ORDERED.

Dated:   **November 22, 2023**                           /s/ Gary S. Austin
                                                        UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JAMES PULL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY TODD, et al.,<br><br>　　　　Defendants. | No. 1:23-cv-00135 GSA (PC)<br><br>PLAINTIFF'S NOTICE ON HOW TO PROCEED |

　　CHECK ONE:

_____ Plaintiff would like the Court to consider his Second Amended Complaint. Plaintiff understands that this means that the Court will only consider the information that is in that pleading and that no other documents that were filed before or after it will be reviewed.

_____ Plaintiff would like to amend the complaint.

DATED: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD JAMES PULL
　　　　　　　　　　　　　　　　　　　　Plaintiff Pro Se

1