UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD JAMES PULL,

              Plaintiff,

     v.

DEPUTY TODD,

              Defendant.

Case No.: 1:23-cv-000135-JLT-CDB (PC)

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO SECOND SCREENING ORDER

(Doc. 27)

**APRIL 20, 2026, DEADLINE**

Plaintiff Edward James Pull was a Kern County Jail inmate when he filed this lawsuit and is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**Background**

Plaintiff filed his initial complaint against Defendant Deputy Todd from the Kern County Sheriff's Office, alleging inadequate medical care in violation of the Fourteenth Amendment. (Doc. 1). Plaintiff later filed a second amended complaint naming additional groups of defendants from the Kern County Sheriff's Office. (Doc. 17).

On February 17, 2026, the Court issued its screening order of Plaintiff's second amended complaint and found that Plaintiff stated a claim against Defendant Todd for inadequate medical care in violation of the Fourteenth Amendment but failed to allege any other cognizable claim against any other named Defendant. (Doc. 26 at 10). Plaintiff was ordered to file within 30 days from the date of service of the screening order either: 1) a third amended complaint curing the

deficiencies identified by the Court, 2) a notice to stand on his second amended complaint and proceed only on Plaintiff's single cognizable claim, or 3) a notice of voluntary dismissal. (*Id.* at 11). The Court served the screening order upon Plaintiff by mail on February 17, 2026. (*See* Dkt. dated 2/17/2026).

**Plaintiff's *Ex Parte* Request for a 30-Day Extension**

On March 2, 2026, Plaintiff filed a request for an extension of time to respond to the screening order of his second amended complaint, which is now pending before the Court. (Doc. 27). In his request, Plaintiff states that he has "opted to cure the deficiencies in the second amended complaint." (*Id.* at 2). Plaintiff asks for an additional 30 days to file his third amended complaint due to his "physical disability of being blind" and need for assistance from other inmates to write out his response. (*Id.* at 3-4).

For good cause appearing, the Court will grant Plaintiff's request for an extension of time to respond to the screening order.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for an extension of time (Doc. 27) to respond to the screening order is GRANTED. Plaintiff SHALL file any response to the screening order of his second amended complaint **no later than April 20, 2026**.

**Any failure by Plaintiff to timely comply with this order will result in the undersigned recommending that this action be dismissed, without prejudice, for failure to obey a court order and for failure to prosecute**.

IT IS SO ORDERED.

Dated:   **March 4, 2026**                          _____
                                                    UNITED STATES MAGISTRATE JUDGE