UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JAMES PULL,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY TODD, et al.,<br><br>Defendants. | Case No.: 1:23-cv-00135-JLT-CDB<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS**<br><br><u>14-DAY OBJECTION PERIOD</u> |

Plaintiff Edward James Pull is appearing pro se and *in forma pauperis* in this civil rights action.

**I.      INTRODUCTION**

On April 2, 2026, the Court issued its Order Following Screening of Plaintiff's Third Amended Complaint, finding Plaintiff stated plausible Fourteenth Amendment inadequate medical care claims against Defendants Todd and Jane Doe Nurse 1 but failed to state plausible inadequate medical care or failure to train claims against any other named defendant. (Doc. 30.) Plaintiff was directed to notify the Court whether he wished to proceed on the claims found cognizable following screening, or to file a fourth amended complaint, or to file a notice of voluntary dismissal. (*Id*. at 13-14.)

//

//

On April 21, 2026, Plaintiff notified the Court that he wished to stand on his third amended complaint subject to a recommendation to dismiss certain claims and defendants as stated in the Court's screening order. (Doc. 31.)

Given Plaintiff's decision to proceed on the cognizable claims presented in his third amended complaint, the Court will recommend the action proceed on those claims.

**II.     CONCLUSION AND RECOMMENDATIONS**

Accordingly, the Court **HEREBY ORDERS** the Clerk of the Court to:

1.  Add Jane Doe Nurse 1 to the docket for this action as Plaintiff named that individual as a defendant in his third amended complaint.

Further, for the reasons given above, this Court **HEREBY RECOMMENDS** that:

1.  This action **PROCEED** only on Plaintiff's Fourteenth Amendment inadequate medical care claims against Defendants Todd and Jane Doe Nurse 1;

2.  Defendants Donny Youngblood, Deputy Supervisor John Doe 1, Jane Doe Doctor, Jane Doe Nurse Supervisor, and Jane Doe Nurses 2 through 4 be **DISMISSED**; and

3.  Any other claims asserted in Plaintiff's third amended complaint be **DISMISSED**.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). **Within 14 days** after being served with a copy of these Findings and Recommendations, a party may file written objections with the Court. Local Rule 304(b). The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations" and **shall not exceed 15 pages** without leave of Court and good cause shown. The Court will not consider exhibits attached to the Objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. Any pages filed in excess of the 15-page limitation may be disregarded by the District Judge when reviewing these Findings and Recommendations under 28 U.S.C. § 636(b)(l)(C).

//

//

2

A party's failure to file any objections within the specified time may result in the waiver of certain rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:   **April 28, 2026**

UNITED STATES MAGISTRATE JUDGE