**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD JAMES PULL,<br><br>           Plaintiff,<br><br>      v.<br><br>DEPUTY TODD, et al.,<br><br>           Defendants. | Case No.: 1:23-cv-00135 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 32) |

Plaintiff seeks to hold defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The magistrate judge recommended this action proceed on Plaintiff's Fourteenth Amendment inadequate medical care claims against Defendants Todd and Jane Doe Nurse 1, that Defendants Youngblood, Deputy Supervisor John Doe 1, Jane Doe Doctor, Jane Doe Nurse Supervisor, and Jane Doe Nurses 2 through 4 be dismissed, and that any remaining claims in Plaintiff's third amended complaint be dismissed. (Doc. 32.) The Court served the findings and recommendations on Plaintiff, warned him that objections were due within 14 days, and advised that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 2-3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) To date, no objections have been filed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 28, 2026 (Doc. 32) are **ADOPTED** in full.

2. This action **PROCEEDS** on Plaintiff's Fourteenth Amendment inadequate medical care claims against Defendants Todd and Jane Doe Nurse 1.

3. Defendants Youngblood, Deputy Supervisor John Doe 1, Jane Doe Doctor, Jane Doe Nurse Supervisor, and Jane Doe Nurses 2 through 4 are **DISMISSED** from the action without prejudice.

4. Any remaining claims in Plaintiff's third amended complaint are **DISMISSED**.

5. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **May 15, 2026**

UNITED STATES DISTRICT JUDGE