UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD JAMES PULL,

Plaintiff,

v.

DEPUTY TODD, et al.,

Defendants.

Case No.: 1:23-cv-00135-CDB (PC)

**ORDER EXTENDING DEADLINE FOR PLAINTIFF'S SUBMISSION OF A NOTICE OF SUBSTITUTION CONCERNING JANE DOE NURSE 1**

**ORDER REGARDING RECEIPT OF A CD SUBMITTED TO THE COURT BY KERN MEDICAL CENTER**

(Doc. 48)

**ORDER DIRECTING CLERK OF THE COURT TO SERVE A COPY OF THIS ORDER VIA EMAIL ON THE LITIGATION COORDINATOR AT THE CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY**

Plaintiff Edward James Pull is appearing pro se and *in forma pauperis* in this civil rights action.

**I. INTRODUCTION**

On October 21, 2026, the Court issued its Order Discharging Order to Show Cause, Order Requesting Response from Kern Medical Center—Medical Records Department Regarding Compliance with Subpoena Served July 30, 2026, and Order Directing Clerk of the Court to Serve a Copy of this Order on Kern Medical Center—Medical Records Department and its Office

Manager Sandra Reyes. (Doc. 48.)

Although not reflected on the public docket for this action, on November 13, 2026, the Court received a compact disc (CD) concerning Plaintiff's medical records from Kern Medical Center. The Clerk of the Court forwarded the CD to Plaintiff on that same date.

Because Plaintiff's medical records are expected to reveal the identity of Jane Doe Nurse 1, necessary for Plaintiff's submission of a notice of substitution, the Court will extend the related deadline for that submission. Additionally, the Court will direct the Clerk of the Court to serve the litigation coordinator at the California Substance Abuse Treatment Facility with a copy of this order.

## II. DISCUSSION

Efforts to identify Jane Doe Nurse 1 have been ongoing for nearly six months. After the Court issued its October 21 order, directing, in relevant part, that the Kern Medical Center's Medical Records Department respond to the order "by either providing documents responsive to the subpoena served July 30, 2026, or by explaining why it believes it does not need to do so," the Court received a CD purportedly containing Plaintiff's medical records. Upon receipt, the Clerk of the Court forwarded the CD to Plaintiff by mail.

Given the above, the Court will extend the deadline for Plaintiff's submission of a notice of substitution to December 31, 2026. Moreover, in an effort to facilitate Plaintiff's ability to review the medical records provided by Kern Medical Center, and assuming Plaintiff does not have the capability to review those records on a CD player, the Court will direct the Clerk to serve a copy of this order, by email, on the litigation coordinator at the institution where Plaintiff is presently housed.

The Court will direct the defense counsel to either (1) coordinate with the litigation coordinator to either arrange a date and time for Plaintiff to view the CD's content and to take notes from the medical records purportedly contained therein, or (2) file a report if such directions are untenable and provide a proposed alternative, as Plaintiff is obligated to provide the Court with the identity (actual name) of Jane Doe Nurse 1. Should additional time be needed in order to facilitate the Court's request — given the December 31, 2026 deadline — defense counsel may

email such a request to the undersigned's courtroom deputy at cboren@caed.uscourts.gov. Any such request should reference the case number and state the additional time needed and/or suggest a new deadline.

**III. CONCLUSION AND ORDER**

Accordingly, the Court **HEREBY ORDERS** that:

1. The deadline for Plaintiff's submission of a notice of substitution regarding the actual name of Jane Doe Nurse 1 is extended to **December 31, 2026** and
2. The Clerk of the Court is **DIRECTED** to email a copy of this order to the litigation coordinator at the California Substance Abuse Treatment Facility in Corcoran, California; and
3. Counsel for Defendant is **DIRECTED** to make arrangements consistent with this order to permit Plaintiff to access the information contained on the CD referenced herein.

IT IS SO ORDERED.

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE